FILED'10 DEC 21 12:59USDC·ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**AGNES LAURIE BARRINGER**,                          Civil No. 09-68-AC

          Plaintiff,

                                                    O R D E R
     v.

**CLACKAMAS COUNTY, DEPUTY A. DAVIS**,
personally, **DEPUTY JILL MCCLOUD**, personally,
and **DEPUTY DALTON**, personally,

          Defendants.

---

     Leonard Randolph Berman
     4711 SW Huber Street, Suite E-3
     Portland, Oregon  97219

          Attorney for Plaintiff

     Agnes Sowle
     Clackamas County Counsel
     2051 Kaen Road
     Oregon City, Oregon  97045

          Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on November 22, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Acosta.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Acosta (#47) dated November 22, 2010 in its entirety.

IT IS HEREBY ORDERED that Barringer's Amended Motion for Partial Summary Judgment (#35) is denied. Barringer's claims for common law negligence against Deputy Davis and the County are dismissed.

DATED this 20th day of December, 2010.

GARR M. KING
United States District Judge

Page 2 - ORDER